# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0349.  MONTY J. MCALLISTER v. THE STATE.**

Monty J. McAllister filed this pro se application for discretionary appeal from a trial court order denying his motion for return of property and motion in conversion, which he filed in his criminal case.  Based on the limited record before us, we conclude that no provision of OCGA § 5-6-35, the discretionary appeal statute, appears to apply to this case.  An application does not appear to be required under the Prison Litigation Reform Act of 1996 because this is not a civil matter.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997); OCGA § 42-12-1 et seq.

We will grant a timely application when the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. McAllister shall have ten days from the date of this order to file his notice of appeal.  The clerk of the superior court is directed to include a copy of this order in the record transmitted to this Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/30/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*